**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00507-REB

In re SALLY ANN DURAN,

    Debtor,

SALLY ANN DURAN,

    Plaintiff/Appellant,

v.

AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendant/Appellee.

---

## ORDER DENYING MOTION FOR REHEARING

**Blackburn, J.**

This matter is before me on Sally Ann Duran's Motion for Rehearing [#20], filed November 14, 2005. She seeks a rehearing of the issues addressed in my November 1, 2005, order [#18] affirming an order entered by Bankruptcy Judge A. Bruce Campbell on March 7, 2005 (R. Doc. 58). In that order, Judge Campbell denied Duran's motion for order of contempt as to AmeriCredit Financial Services, Inc. Duran's motion is filed under Bankruptcy Rule 8015.

Duran argues that I overlooked or misapprehended certain points of law and fact when I issued my November 1, 2005, order. I have reviewed Duran's Motion for Rehearing and conclude that she has not cited any material misapprehension of law or fact reflected in my November 1, 2005, order.

**THEREFORE, IT IS ORDERED** that Sally Ann Duran's Motion for Rehearing [#20], filed November 14, 2005, is **DENIED**.

Dated April 13, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**